# Reynoldsburg Mayor's Court
### Clerk of Court

**PLAINTIFF'S EXHIBIT 1**

State of Ohio
County of FRANKLIN } SS: REBECCA LYNN LUCAS
City of Reynoldsburg                          DEFENDANT

TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named person, at FRANKLIN County/Reynoldsburg, Ohio, on or about the 3RD day of FEBRUARY, 2022 did: KNOWINGLY MOVE, DEFACE DAMAGE, DESTROY OR OTHERWISE TAMPER WITH THE PROPERTY OF ANOTHER.

TO WIT: REBECCA LUCAS KNOWINGLY MOVED/TAMPERED WITH A "NO TRESPASSING" SIGN ON THE PROPERTY OF JENNIFER BIANCHI. PER JENNIFER BIANCHI THIS OCCURRED AT 7284 SABRE AVE

in violation of section 541.04A2 City Code, a Misdemeanor of the 3RD degree.

Complainant _____ SIGNATURE _____ PRINT FULL NAME _____ BADGE NUMBER

ADDRESS OR AGENCY & ASSIGNMENT _____ CITY _____ STATE _____ ZIP CODE

Sworn to and subscribed before me, this _____ day of FEBRUARY, 2022

Clerk of the Reynoldsburg Mayor's Court 188
By _____
NOTARY PUBLIC / PEACE OFFICER

Peace Officer Authorized To Administer Oaths Pursuant To O.R.C. 2935.081

*Notary Seal & Expiration Date*

### ARREST WARRANT
To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named person and bring him/her before the Reynoldsburg Mayor's Court without unnecessary delay, to answer to the complaint hereon.

Slate # _____ Reynoldsburg Mayor's Court Report # _____
By _____ MAYOR / MAGISTRATE _____ DATE 2/10/22

Complaint Number: 039161
Issuing Officer: OFC. THOMAS   Badge Number: 188
☒ SUMMONS  ☐ WARRANT  ☐ MISDEMEANOR CITATION

Case No. _____
Charge: CRIMINAL MISCHIEF
Report Number: 22-RCY-3856 CF  Offense Date: 02/08/22  Offense Time: 2230 PM
Property Tag Number: _____

Name: LUCAS, REBECCA LYNN
Street: 7292 SABRE AVE
City: REYNOLDSBURG  State: OH  Zip: 43068
SEX: F  RACE: W  HGT: 5-02  WGT: 230  HAIR: BLN  EYES: HAZ
DOB: 09/03/1977  S.S.#: XXX-XX-2831  I.D. #: RU690022

☒ SUMMONS: Read Notice #1 on reverse side. You MUST appear in court on the date and time indicated. I personally served the Defendant a copy of this Summons on 2/10/22  Signature _____

Type of SUMMONS Service Requested:
☒ Personal  ☒ Certified Mail

☐ CITATION: Read notice #2 on reverse side. Court appearance is OPTIONAL. You may contest this citation by appearing in court on the date and time indicated.

**COURT DATE & TIME**
02 / 24 / 2022   01:30 PM

X _Served Refuse_
This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

DEFENDANT COPY

PLAINTIFF'S EXHIBIT 2

22REY-27208-OF



```
                    City of Reynoldsburg Division of Police                    Page: 1
                         NARRATIVE FOR OFFICER RYAN MARTIN
              Ref: 22REY-6151-AR

              Entered:  02/20/2022 @ 2204    Entry ID:     P199
              Modified: 02/21/2022 @ 1624    Modified ID:  P90
              Approved: 02/21/2022 @ 1624    Approval ID:  P90
```



PLAINTIFF'S EXHIBIT 3

On 2/20/2022 at about 1848 hours, I took a report of a disturbance that occurred at 7292 Sabre Ave.

I spoke to the reporting party, John Harber, at RPD. According to John, he was at 7284 Sabre Avenue with friends on 2/19/2022 at about 1330 hours. John stated that there has been a neighbor dispute between the residents at 7284 and the resident at 7292. John stated that he observed the resident of 7292 Sabre Ave, identified as Rebecca Lucas, outside her residence. John was worried that Rebecca was going to aggravate the residents at 7284 with her aggressive dogs because Rebecca has been known to do so. John informed me that Rebecca has multiple pending court cases because of the dispute. On 2/19, John began recording Rebecca from the property of 7284 with his cell phone. Rebecca then pulled down her pants and exposed her buttocks to John and the other visitors at 7284. John stated he had video evidence of the event.

John showed me the incident that he recorded on his phone, I captured the video on my BWC as evidence. I observed that Rebecca said to John, "want to see my ass too" and then exposed her buttocks. John informed me that he was offended by her action of exposing her buttocks. John and Rebecca are not related and the incident occurred in a publically viewable location (the driveway of 7292 Sabre Ave).

I recognized that Rebecca had an active warrant through RMC for criminal mischief. I informed John that I would attempt to make contact with Rebecca at her residence to interview her. John stated he believed that Rebecca was home and described that she drives a red van. John also informed me that Rebecca was access to multiple firearms, which she came outside and showed and "racked" at the neighbors. John also explained that Rebecca has multiple aggressive dogs. Based on John's description of Rebecca's actions with the firearms and dogs, I believed that Rebecca could be armed and dangerous. I advised officers that Rebecca was known to possess firearms and had aggressive animals.

John completed a written statement of the event and I provided him my business card and this report number.

Officer Rubenstahl and I went to 7292 Sabre and attempted to make contact with Rebecca. I observed that Rebecca's maroon van was parked in the driveway. I attempted to knock at the front door multiple times and there was no answer at the door. Officer Rubenstahl knocked and announced Police. I could hear multiple large dogs barking from inside the residence.

As I was standing at the corner of the house, I heard Officer Rubenstahl make contact with someone at the front door of the residence. I heard Officer Rubenstahl tell Rebecca that she was under arrest, then observed a physical struggle between Officer Rubenstahl and Rebecca. It appeared that Rebecca was attempting to return inside her residence.

With Rebecca having an active warrant, and with Rebecca possibly being armed and dangerous, I immediately assisted Officer Rubenstahl with attempting to detain Rebecca. I ordered Rebecca to the ground as I secured her right arm. Officer Rubenstahl and I physically took her to the ground attempting to use a bent arm bar techniaue on her right arm.

I immediately ensured that the door to the residence was secure, to prevent additional force from being used on any aggressive animals. Rebecca was placed in handcuffs and searched incident to arrest. Rebecca was then placed in a lawn chair. Rebecca complained of back and hip pain. I requested medics and a supervisor respond

City of Reynoldsburg Division of Police                                   Page:  2
NARRATIVE FOR OFFICER RYAN MARTIN
Ref: **22REY-6151-AR**

```
Entered:  02/20/2022 @ 2204      Entry ID:     P199
Modified: 02/21/2022 @ 1624      Modified ID:  P90
Approved: 02/21/2022 @ 1624      Approval ID:  P90
```

to the scene.

TTFD Medics arrived and transported Rebecca to Ohio Health Reynoldsburg for treatment.

I completed two RMC summons for Resisting Arrest and Public Indecency. I served Rebecca her initial summons/warrant and the resisting and public indecency. Rebecca was released from custody at the hospital. I completed an RPD Medical Treatment form for Rebecca.

The RMC warrant was returned to RPD dispatch. Copies of the RMC Summons, John's statement, and the medical treatment form were placed in central records.

Officer Martin #199

```
               City of Reynoldsburg Division of Police                  Page:  1
               NARRATIVE FOR OFFICER NICHOLAS RUBENSTAHL
          Ref: 22REY-6151-AR
          Entered:  02/20/2022 @ 2238        Entry ID:    P205
          Modified: 02/20/2022 @ 2239        Modified ID: P205
          Approved: 02/21/2022 @ 1624        Approval ID: P90
```



PLAINTIFF'S EXHIBIT 4

On 2/20/22 at approximately 7:06 pm, Officer Martin aired for me to return the Reynoldsburg Police station to assist him. When I arrived, he advised me he was going to be filing a warrant on Rebecca Lucas for public indecency. I was also aware Ms. Lucas had a warrant out for her arrest for criminal mischief. I had attempted to serve the criminal mischief warrant for Ms. Lucas on 2/19/22 but was unsuccessful. I responded to Ms. Lucas's residence located at 7292 Sabre Ave. and watched the house as Officer Martin finished his interview of the victim. Officer Martin aired over the radio that Ms. Lucas is known to have several firearms inside the residence and aggressive dogs.

Officer Martin arrived at the residence and we began knocking at the front door. Ms. Lucas did not answer for several minutes. I observed a sign right by the door stating that the resident is armed and had a picture of a firearm. I knocked loudly and stated that police would return with a warrant and kick the door. At that time Ms. Lucas opened the door. I immediately recognized her from observing her Ohleg photograph. I advised Ms. Lucas she was under arrest. She attempted to retreat into the residence and shut the door. I grabbed Ms. Lucas's right arm and began pulling her out of the residence. I did not want Ms. Lucas to gain entry into the residence due to the firearms inside and aggressive dogs. Ms. Lucas grabbed the door frame in an attempt to prevent us from placing her under arrest. Officer Martin and I physically placed Ms. Lucas onto the ground and handcuffed her. Ms. Lucas complained of back and hip pain. Officers aired for medics and a sergeant to respond

TTFD medic 161 responded to the scene. Sgt. Wright #90 responded to the scene to assist. Medic 161 transported Ms. Lucas to Ohio Health Reynoldsburg and I followed. Officer Martin served Ms. Lucas a summons for criminal mischief, public indecency, a resisting arrest. Ms. Lucas was released from police custody at Ohio Health Reynoldsburg.

Ofc. Rubenstahl #205







# Reynoldsburg Mayor's Court
### Clerk of Court

**State of Ohio**
**County of** FRANKLIN  SS:
**City of Reynoldsburg**

REBECCA LYNN LUCAS
DEFENDANT


PLAINTIFF'S EXHIBIT 8
TIME STAMP

## COMPLAINT

Complainant, being duly sworn, states that the above named person, at FRANKLIN County/Reynoldsburg, Ohio, on or about the 20TH day of FEBRUARY, 20 22 did:

No person, recklessly or by force, shall resist or interfere with a lawful arrest of himself, herself or another. TO WIT, REBECCA LUCAS DID RESIST WITH THE LAWFUL ARREST OF HERSELF BY ATTEMPTING TO PULL AWAY FROM OFFICERS, AFTER BEING ADVISED THAT SHE WAS UNDER ARREST.

violation of section 525.09A City Code, a Misdemeanor of the 2ND degree.

Complainant ____SIGNATURE____   MARTIN   #199
                                 PRINT FULL NAME   BADGE NUMBER

7240 E Main St   Reynoldsburg   OH   43068
ADDRESS OR AGENCY & ASSIGNMENT   CITY   STATE   ZIP CODE

Sworn to and subscribed before me, this 20 day of FEBRUARY, 2022.

Authorized per
NO SEAL ORC 2935.081
REQ

Clerk of the Reynoldsburg Mayor's Court
By _____ #205
NOTARY PUBLIC / PEACE OFFICER

Notary Seal & Expiration Date

☐ **ARREST WARRANT**
To any law enforcement officer of the State of Ohio:
You are hereby commanded to arrest the above named person and bring him/her before the Reynoldsburg Mayor's Court without unnecessary delay, to answer to the complaint hereon.

Reynoldsburg Mayor's Court
Slate # _____ Report # _____
By _____
MAYOR / MAGISTRATE   DATE

Complaint Number: REY 22-6151-2
Issuing Officer: MARTIN   Badge Number: #199
☑ SUMMONS  ☐ WARRANT  ☐ MISDEMEANOR CITATION
Case No. _____
Charge: RESISTING ARREST
Report Number: 22REY-6151-AR   Offense Date: 02/20/22   Offense Time: 7:37P PM
Property Tag Number: _____

Name: LUCAS   REBECCA   LYNN
        LAST   FIRST   MIDDLE
Street: 7292 SABRE AVE
City: REYNOLDSBURG   State: OH   Zip: 43068
SEX F  RACE W  HGT 502  WGT 230  HAIR BLN  EYES HAZ
DOB 09/03/1977   S.S.# 302602881   I.D.# RU690022

☑ **SUMMONS**: Read Notice #1 on reverse side.
You MUST appear in court on the date and time indicated. I personally served the Defendant a copy of this Summons on 2/20/22. Signature _____

Type of SUMMONS Service Requested:
☑ Personal   ☐ Certified Mail

☐ **CITATION**: Read notice #2 on reverse side.
Court appearance is OPTIONAL. You may contest this citation by appearing in court on the date and time indicated.

**COURT DATE & TIME**
03 / 03 / 2022   01:30 PM
MONTH   DAY   YEAR   TIME

X  Refused
This is not an admission of guilt. An ARREST WARRANT will be issued if you do not properly respond to this charge.

DEFENDANT COPY